FILED
CLERK, U.S. DISTRICT COURT

JUN - 6 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY L. NICHOLS,<br><br>    Petitioner,<br><br>    v.<br><br>J. WALKER,<br><br>    Respondent. | Case No. CV 08-2698 AHM(JC)<br><br>(PROPOSED)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed without prejudice.

DATED: June 6, 2008

_____
HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE